UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
              :
UNITED STATES OF AMERICA         :
              :    21-CR-00607-AKH-2
              :
    -against-                    :    **ORDER**
              :
              :
ANEUDY VELEZ,              :

Defendant                                  :
-------------------------------------------------------------X

Alvin K. Hellerstein, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to now include mental health evaluation and treatment as directed by Pretrial Services.

Dated:   New York, New York
            May 25, 2022

                                                    /s/ Alvin K. Hellerstein
                                                    Alvin K. Hellerstein
                                                    United States District Judge