UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA            :
                                                             :      **SCHEDULING ORDER**
        -against-           :      21 Cr. 607 (AKH)
                                                             :
ANEUDY VELEZ,            :
                                       Defendant.   :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The conference scheduled for November 30, 2022, is adjourned to January 17, 2023, at 2:15 p.m.

       No later than January 10, 2023, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

       Finally, time is excluded, in the interest of justice, until January 10, 2023.


       SO ORDERED.

Dated:     November 29, 2022              /s/ Alvin K. Hellerstein
              New York, New York          ALVIN K. HELLERSTEIN
                                         United States District Judge