

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 12, 2023

**BY ECF**
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> *The conf. & adjourn, adtime is excluded, to February 14, 2023, at 12:15 P.M.*
> *1.12.23*
> */s/ AKH*

**Re: *United States v. Velez*, 21 Crim. 607 (AKH)**

Dear Judge Hellerstein:

The parties write jointly to seek a 30-day adjournment of the status conference currently scheduled for January 17, 2023, because the parties are continuing to actively discuss a pretrial resolution.

The Government also respectfully requests that time be excluded under the Speedy Trial Act between January 17 and the date of the next conference. An exclusion of time under the Speedy Trial Act is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will enable the defendant to review discovery and the parties to discuss a pre-trial resolution. 18 U.S.C. § 3161(h)(7)(A). Defense counsel consents to the exclusion of time.

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

by: */s/ Kevin Mead*
Kevin Mead
Assistant United States Attorney
(212) 637-2211

CC: Jeffrey Greco, Counsel for Aneudy Velez (by ECF)